JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JONES, | Case No. 5:17-CV-02206-JLS-SS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive, | Hon. Josephine L. Staton<br>Courtroom 10A |
| Defendants. | |

On April 12, 2018, this Court issued an Order granting the Motion for Judgment on the Pleadings of Defendant Ford Motor Company ("Defendant") against Plaintiff Gregory Jones ("Plaintiff"). A true and correct copy of the Court's order is filed as Document 43. On June 6, 2018, this Court issued an order granting the Motion for Summary Judgment on the remaining claims.

THEREFORE, BY REASON OF SAID ORDERS, IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED THAT:

Judgment is hereby entered in favor of Defendant as to all causes of action and allegations asserted against it in Plaintiff's Complaint. Plaintiff shall take nothing from

Defendant by way of his Complaint and Defendant shall recover its fees and costs as provided by law.

Dated: June 06, 2018

_____
Hon. Josephine L. Staton
UNITED STATES DISTRICT JUDGE